IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01326-AP

DAVID J. GARDNER,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

---

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

1.     APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:

Teresa H. Abbott
Colo. # 27192
ABBOTT BOLTZ, LLP
3515 South Tamarac Drive, Suite 200
Telephone (303) 757-5000
Facsimile (303) 689-9627
E-mail: abbott.teresa@gmail.com

For Defendant:

TROY A. EID
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney=s Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: (303)454-0184
Facsimile: (303)454-0400
Kevin.Traskos@usdoj.gov

Thomas H. Kraus
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street Ste 1001A
Denver CO  80294

2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3. DATES OF FILING OF RELEVANT PLEADINGS

A. Date Complaint Was Filed:   06/23/2008
B. Date Complaint Was Served on U.S. Attorney's Office: 07/15/2008
C. Date Answer and Administrative Record Were Filed:  09/10/2008 (Answer) 09/11/2008 (Administrative Record)

4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

Plaintiff states: That the Administrative Record appears to be complete and accurate.

Defendant states: That the Administrative Record appears to be complete and accurate.

5. STATEMENT REGARDING ADDITIONAL EVIDENCE

Plaintiff states: None anticipated.

Defendant states: None anticipated.

6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

There are no unusual claims or defenses in this case.

7. OTHER MATTERS

There are no other matters.

8. BRIEFING SCHEDULE

A. Plaintiff's Opening Brief Due: 11/03/2008
B. Defendant's Response Brief Due: 12/15/2008
C. Plaintiffs Reply Brief (If Any) Due: 01/05/2009

9. STATEMENTS REGARDING ORAL ARGUMENT

A. Plaintiff's Statement: Plaintiff requests oral argument.

B. Defendant's Statement: Defendant does not request oral argument.

10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A. ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
B. (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. OTHER MATTERS

The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR. 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all pro se parties.

12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 2nd day of October, 2008.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

s/ Teresa H. Abbott
TERESA H. ABBOTT
ABBOTT BOLTZ, LLP
3515 South Tamarac Drive, Suite 200
Telephone (303)757-5000
Facsimile (303) 689-9627
E-mail: abbott.teresa@gmail.com

For Defendant:

TROY A. EID
United States Attorney
/s   Kevin Traskos
KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: (303)454-0184
Facsimile: (303)454-0400
Kevin.Traskos@usdoj.gov

s/ Thomas H. Kraus
Thomas H. Kraus
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street Ste 1001A
Denver CO  80294
(303) 844-0017
Tom.Kraus@ssa.gov